| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Phillip Clay Huckelby** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4958** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Lisa Susan Huckelby** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1494** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Kentucky** | | Date case filed for chapter   **7   2/28/20** |
| Case number:   **20–10195–jal** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Phillip Clay Huckelby | Lisa Susan Huckelby |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 549 Hurt Road <br> Burkesville, KY 42717 | 549 Hurt Road <br> Burkesville, KY 42717 |
| 4. | **Debtor's attorney** <br> Name and address | Benjamin D. Rogers <br> 102 E. Public Square <br> Glasgow, KY 42141 | Contact phone (270) 651–2258 <br> Email:  lisa.walker@rogersanddriver.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark H. Flener <br> P.O. Box 8 <br> 1143 Fairway Street, Suite 101 <br> Bowling Green, KY 42102–0008 | Contact phone (270) 783–8400 <br> Email:  mark@Flenerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Phillip Clay Huckelby** and **Lisa Susan Huckelby**  Case number **20−10195−jal**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse 601 W. Broadway Louisville, KY 40202 | Hours open: 8:30 a.m. to 4:30 p.m. Eastern Time Zone  Contact phone 502−627−5700  Date: 3/2/20 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2020 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | Location:  **William Natcher Federal Courthouse, 241 East Main Street, Third Floor, Bowling Green, KY 42101** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/2/20** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    page **2**

```
                                  United States Bankruptcy Court
                                   Western District of Kentucky
In re:                                                                                  Case No. 20-10195-jal
Phillip Clay Huckelby                                                                   Chapter 7
Lisa Susan Huckelby
       Debtors                              CERTIFICATE OF NOTICE
District/off: 0644-1           User: sweber                 Page 1 of 2                 Date Rcvd: Mar 02, 2020
                               Form ID: 309A                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db/jdb         +Phillip Clay Huckelby,    Lisa Susan Huckelby,    549 Hurt Road,    Burkesville, KY 42717-7429
6664697        +American Clinical Solutions,    2234 N Federal HWY Ste 469,    Boca Raton, FL 33431-7710
6664698         Associates in Pulmonary,    Gul K Sahetya MD,    PO Box 90039,    Bowling Green, KY 42102-9039
6664699        +B F Taylor Medical Arts Center,    PO Box 630,    Burkesville, KY 42717-0630
6664702       ++CITIZENS BANK OF CUMBERLAND COUNTY,    PO BOX 810,    BURKESVILLE KY 42717-0810
                (address filed with court:   Citizens Bank of Cumberland,     PO Box 810,    Burkesville, KY 42717)
6664700        +Cardiac Surgery of Southern KY,    350 Park Street Ste 210,    Bowling Green, KY 42101-1784
6664701        +CarePayment Customer Care,    9600 SW Nimbus Avenue Ste 260,    Beaverton, OR 97008-7386
6664705        +First & Farmers National Bank,    PO Box 337,    Burkesville, KY 42717-0337
6664710        +Hillcrest Credit Agency,    P.O. Box 2220,    Bowling Green, KY 42102-2220
6664711        +Hodges & Adams,   Hon Charles W Adams,    PO Box 1865,    Bowling Green, KY 42102-1865
6664712        +Hodges & Adams,   Hon Hoy P Hodges,    PO Box 1865,    Bowling Green, KY 42102-1865
6664713         K G Sahetya PSC,   PO Box 90039,    Bowling Green, KY 42102-9039
6664714         Medical Center at Bowling Green,    PO Box 90010,    Bowling Green, KY 42102-9010
6664715        +Metcalfe Circuit Court,    Case No. 19-CI-00067,    PO Box 27,    Edmonton, KY 42129-0027
6664716        +Metcalfe District Court,    Case No. 19-C-00116,    PO Box 27,    Edmonton, KY 42129-0027
6664719         Springfield Radiology Assoc PC,    PO Box 291283,    Nashville, TN 37229-1283
6664720         T J Samson Business Office,    PO Box 645573,    Cincinnati, OH 45264-5573
6664722        +TJ Samson Community Hospital,    Business Office,    1301 North Race Street,
                 Glasgow, KY 42141-3454
6664721        +Taylor Regional ENT,    1698 Old Lebanon Road,    Campbellsville, KY 42718-9662
6664724         Zoll Services LLC,    269 Mill Road,   Chelmsford, MA 01824-4105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lisa.walker@rogersanddriver.com Mar 02 2020 19:50:14      Benjamin D. Rogers,
                 102 E. Public Square,    Glasgow, KY  42141
tr             +EDI: BMHFLENER.COM Mar 03 2020 00:33:00      Mark H. Flener,    P.O. Box 8,
                 1143 Fairway Street, Suite 101,    Bowling Green, KY 42103-2452
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Mar 02 2020 19:50:53      Charles R. Merrill,
                 Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
cr             +EDI: RMSC.COM Mar 03 2020 00:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
6664703         E-mail/Text: jamiecollins@cchospital.org Mar 02 2020 19:50:47      Cumberland County Hospital,
                 P.O. Box 280,   Burkesville, KY 42717-0280
6664704         E-mail/Text: jamiecollins@cchospital.org Mar 02 2020 19:50:47
                 Cumberland County Hospital Assoc.,    P.O. Box 280,    Burkesville, KY 42717-0280
6664706         E-mail/Text: jamiecollins@cchospital.org Mar 02 2020 19:50:47      Flowers Rural Health Clinic,
                 PO Box 1079,   Burkesville, KY 42717-1079
6664707         E-mail/Text: bankruptcies@foxcollection.com Mar 02 2020 19:50:54
                 Fox Collection Center, Inc.,    456 Moss Trail,    P.O. Box 528,   Goodlettsville, TN 37070-0528
6664709         E-mail/Text: bankruptcy@glacompany.com Mar 02 2020 19:50:19      GLA Collection Co., Inc.,
                 P.O. Box 991199,    Louisville, KY 40269-1199
6664708         E-mail/Text: bankruptcy@glacompany.com Mar 02 2020 19:50:19      GLA Collection Co., Inc.,
                 PO Box 588,   Greensburg, IN 47240-0588
6664717        +E-mail/Text: financial@mcmccares.com Mar 02 2020 19:51:13      Monroe County Medical Center,
                 529 Capp Harlan Road,    Tompkinsville, KY 42167-1840
6664718        +EDI: RMSC.COM Mar 03 2020 00:33:00      PayPal Credit,    PO Box 5138,
                 Lutherville Timonium, MD 21094-5138
6665817        +EDI: RMSC.COM Mar 03 2020 00:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
6664723        +E-mail/Text: bankruptcydepartment@tsico.com Mar 02 2020 19:51:33      Transworld Systems Inc,
                 PO Box 15270,   Wilmington, DE 19850-5270
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0644-1          User: sweber            Page 2 of 2            Date Rcvd: Mar 02, 2020
                              Form ID: 309A           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
          Benjamin D. Rogers    on behalf of Joint Debtor Lisa Susan Huckelby
           lisa.walker@rogersanddriver.com, rogersbr82851@notify.bestcase.com
          Benjamin D. Rogers    on behalf of Debtor Phillip Clay Huckelby lisa.walker@rogersanddriver.com,
           rogersbr82851@notify.bestcase.com
          Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
          Mark H. Flener    mark@Flenerlaw.com, ky11@ecfcbis.com;deanna@flenerlaw.com
                                                                                          TOTAL: 4
```