# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Phillip Clay Huckelby<br>and Lisa Susan Huckelby<br><br>Debtor(s) | Case No.:20–10195–jal<br><br>Chapter: 7<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Notice of Continuance of the Section 341 Meeting and the extension of certain deadlines pursuant to GO 2020–5. Please refer to the General Order on the Court's website for additional information as to all deadlines affected and for telephonic procedures for Section 341 Meetings. Counsel for the debtor is responsible for ensuring their clients are aware of the telephonic process the US Trustee has established. Section 341 meeting to be held on 4/29/2020 at 09:30 AM at Telephonic Hearing. Last day to oppose discharge or dischargeability is 6/29/2020. (Preston, T)

Dated: 4/2/20

By: tmp  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court